| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**MORRIS S. BAUER**<br>**NORRIS, McLAUGHLIN & MARCUS, P.A.**<br>Counsel to Mediator<br>400 Crossing Boulevard, 8th Floor<br>P.O. Box 5933<br>Bridgewater, New Jersey 08807-5933<br>(908) 722-0700 | |
| In Re:<br><br>JARED S. ROSENTHAL,<br><br>　　　　　　　　　Debtor. | Case No.　　17-27951 (SLM)<br><br>Adv. Pro. No.:<br><br>Chapter:　　13<br><br>Judge:　　Hon. Stacey L. Meisel |
| <br>　　　　　　　Plaintiff(s)<br>v.<br>　　　　　　　Defendant(s) | |

## MEDIATION REPORT

By order of this court dated January 31, 2018, this matter was referred to mediation.

1. A settlement of this matter:

    ☐ was reached　　　☒ was not reached

2. [If a settlement was reached:] The party designated to file the settlement document(s) is _____ [identify party by name]. The settlement document(s) will be filed on or before _____ [date].

3. Resolution of Adversary Proceeding:

    ☐ All outstanding issues have been resolved and the case may be closed in the normal course.

    ☒ There are issues that have not been resolved and the case shall remain open.

☒ The matter addressed by mediation does not apply to an adversary proceeding.

Dated:  April 19, 2018                /s/ Morris S. Bauer
                                                      Mediator's Signature